

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WILLIAM ANDREW BURRELL, | § | No. 08-25-00009-CV |
| Appellant, | § | Appeal from the |
| v. | § | 453rd District Court |
| MIRELLE BENITA, | § | of Hays County, Texas |
| Appellee. | § | (TC# 24-1556) |
| | § | |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed for failure to pay the required filing fee. Tex. R. App. P. 42.3(c), 5.

Appellant, William Andrew Burrell, filed a notice of appeal on October 21, 2024, in the Third Court of Appeals.[1] Upon filing, the Clerk of the Third Court of Appeals notified Burrell that the required filing fee was due. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rule from paying costs). After the case was transferred, on January 9, 2025, the Clerk of this Court sent Burrell a letter requesting payment of the required filing fee. The letter notified Burrell that his appeal would be subject to dismissal, on or after January 29, 2025, if he failed to pay the filing fee or failed to show an

---

[1] This appeal was transferred pursuant to a Texas Supreme Court docket equalization order. Accordingly, we apply the Third Court of Appeals' precedent to the extent it conflicts with our own. *See* Tex. R. App. P. 41.3.

excuse from payment. *See* Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, Burrell has not paid the filing fee or otherwise shown an excuse from payment. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).

MARIA SALAS MENDOZA, Chief Justice

February 19, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.